IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| PATRICIA M. SHERROD, * | |
| Plaintiff * | |
| vs. * | CASE NO. 4:09-CV-52 (CDL) |
| MICHAEL J. ASTRUE, Commissioner * of Social Security | |
| * | |
| Defendant | |
| * | |

## ORDER ON REPORT AND RECOMMENDATION

The Report and Recommendation by the United States Magistrate Judge filed May 13, 2010, has been read and considered. No substantive objections have been made to the report, and, therefore, the Court reviews it for plain error. Finding no plain error, the Court adopts the Report and Recommendation by the Magistrate Judge, and accordingly, orders that this case be remanded pursuant to Sentence Four for further administrative action consistent with the Recommendation by the Magistrate Judge.

IT IS SO ORDERED, this 2nd day of June, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE